IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01161-WDM-BNB

ANNE JENNINGS,

Plaintiff,

v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY, and
AMERIBEN SOLUTIONS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)    Plaintiff's **Motion to Amend Complaint** [Doc. # 17, filed 8/31/2006] (the "Motion to Amend"); and

(2)    Defendants' **Motion for Extension to Respond to Discovery Requests** [Doc. # 24, filed 10/5/2006] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the **First Amended Complaint** [Doc. # 17-6] attached to the Motion to Amend.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED, and the defendants may have to and including **October 20, 2006**, within which to respond to the plaintiff's discovery requests.

Dated October 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge