IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01161-WDM-BNB

ANNE JENNINGS,

Plaintiff,

v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY, and
AMERIBEN SOLUTIONS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Amend Scheduling Order** [Doc. # 29, filed 11/28/2006] (the "Motion"). The Motion is GRANTED.

I agree with the parties that the Deposition Schedule contained in the Scheduling Order is for planning purposes only and that deponents may be added to and deleted from the Deposition Schedule and the dates of depositions may be modified by the parties and without court order provided the parties do not exceed the numerical limits of allowable depositions and provided also that all depositions are completed by the discovery cut-off.

IT IS ORDERED that the Motion is GRANTED.

Dated November 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge