IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01161-WDM-BNB | Date: February 23, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ANNE JENNINGS, | Carl Manthei |
| Plaintiff, | |
| v. | |
| MEGA LIFE AND HEALTH INSURANCE COMPANY, and AMERIBEN SOLUTIONS, INC., | James Gigax |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    11:28 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendants' motion for protective order(1/18/07 #35) is granted.**

Plaintiff moves for an order extending discovery cut-off and dispositive motion deadlines.

**ORDERED:  Plaintiff's motion for an order extending the discovery cut-off and dispositive motion deadlines is granted.  Discovery cut-off is April 30, 2007 and the dispositive motion deadline is May 15, 2007.**

Court in Recess    11:38 a.m.    Hearing concluded.

Total time in court:    00:10