IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01161-WDM-BNB

ANNE JENNINGS,

Plaintiff,

v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY, and
AMERIBEN SOLUTIONS, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion for Protective Order** [Doc. # 35, filed 1/18/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Rule 30(b)(6) depositions of the defendants shall be taken at their principal places of business.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

    **Discovery Cut-Off**:    **April 30, 2007**

    **Dispositive Motion Deadline:**    **May 15, 2007**.

Dated February 23, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge